**Jaburg & Wilk, P.C.**
1850 N. Central Avenue, 12th Floor
Phoenix, AZ 85004
602.248.1000

Maria Crimi Speth (012574)
mcs@jaburgwilk.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Naumann/Hobbs Handling Corporation II, Inc., dba DCPerform, <br><br>Plaintiff,<br><br>v.<br><br>Pioneer Technology, Inc., dba Go Plus,<br><br>Defendant. | Case No.<br><br>**NOTICE OF REMOVAL** |

Defendant Pioneer Technology, Inc. ("Pioneer") removes this case to the United States District Court for the District of Arizona on the following grounds:

**I.    NATURE OF THE CASE.**

1.    On December 12, 2023, Naumann/Hobbs Handling Corporation II, Inc., dba DCPerform filed a Complaint in the Maricopa County Superior Court of Arizona captioned *Naumann/Hobbs Handling Corporation II, Inc., dba DCPerform v. Pioneer Technology, Inc., dba Go Plus*, Case No. CV2023-019485 ("the "State Court Action"). *See* **Exhibit "A,"** Complaint.

2.    On January 3, 2024, Plaintiff served the Summons and Complaint on Pioneer. *See* Exhibit "A," Summons.

3.    Plaintiff alleges that Defendant owes it $735,599.47. Compl., ¶ 23.

**II.     THIS COURT HAS DIVERSITY JURISDICTION UNDER 28 U.S.C. § 1332(a) AND 1367.**

4. Under 28 U.S.C. § 1332(a), this Court has jurisdiction over this civil action because Plaintiff and Defendant are diverse and the amount in controversy requirement is satisfied.

    **A.     Plaintiff and Defendant Are Diverse.**

5. Pursuant to 28 U.S.C. §1332 (c)(1), a corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business.

6. Plaintiff, Naumann/Hobbs Handling Corporation II, Inc. is incorporated in Arizona. **Exhibit "B."**

7. Plaintiff, Naumann/Hobbs has its principal place of business in Arizona. Compl. ¶ 1.

**8.** Defendant Pioneer Technology, Inc. is incorporated in Delaware. **Exhibit "C."**

9. Defendant Pioneer has its principal place of business in California. Compl. ¶2.

10. There is complete diversity of citizenship between the parties under 28 U.S.C. § 1332.

    **B.     The Amount in Controversy Requirement Is Satisfied.**

11. Plaintiff alleges Defendant owes it $735,599.47.

12. Although Defendant denies it owes Plaintiff anything, Plaintiff seeks more than the $75,000 minimum amount in controversy.

**III.    PIONEER HAS COMPLIED WITH ALL PROCEDURAL REQUIREMENTS.**

13. Under 28 U.S.C. § 1446(d), Pioneer filed a timely Notice of Removal within thirty days of Plaintiff serving the Complaint.

14. Written notice of this Notice of Removal will be given to Plaintiff as required by law.

15. Pioneer has simultaneously filed a Notice of Filing Notice of Removal in the Maricopa County Superior Court of Arizona. *See* **Exhibit "D**," Notice of Filing Removal.

16. Pursuant to LR Civ. 3.6, the following separate attachments are filed with this Notice of Removal: (a) the most recent state court docket, which includes copies of all pleadings filed in the Maricopa County Superior Court, and specifically includes the Summons, Complaint and Certificate of Compulsory Arbitration, as **Exhibit "A"**; (b) the Supplemental Civil Cover Sheet as **Exhibit "E"**; and (c) verification of Maria Crimi Speth, undersigned counsel, that true and complete copies of the docket and pleadings accompany this Notice of Removal as **Exhibit "F"**.

Accordingly, Pioneer respectfully requests that this action be removed to this Court.

DATED this 31st day of January, 2024.

**Jaburg & Wilk, P.C.**

/s/*Maria Crimi Speth*
Maria Crimi Speth
1850 N. Central Avenue, 12th Floor
Phoenix, AZ 85004
Attorneys for Defendant

*Certificate of Service*

I hereby certify that on the 31st day of January, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Edward J. Hermes
Megan Carrasco
Snell & Wilmer L.L.P.
One East Washington Street
Suite 2700
Phoenix, Arizona  85004
ehermes@swlaw.com
mcarrasco@swlaw.com
Attorneys for Plaintiff


/s/Debra Gower