| | |
|---|---|
| Anthony J. Carucci (#301923)<br>acarucci@swlaw.com<br>Justin F. Mello (#329514)<br>jmello@swlaw.com<br>SNELL & WILMER L.L.P.<br>600 Anton Blvd, Suite 1400<br>Costa Mesa, California 92626-7689<br>Telephone:  714.427.7000<br>Facsimile:   714.427.7799 | Eudeen Y. Chang (#211721)<br>echang@changllp.com<br>Monica Q. Vu (#216352)<br>mvu@changllp.com<br>CHANG LLP<br>19800 MacArthur Boulevard, Suite 1000<br>Irvine, California 92612<br>Telephone: (949) 387-8611<br>Facsimile:  (949) 263-0005 |
| Attorneys for Plaintiff Naumann/<br>Hobbs Handling Corporation II, Inc.,<br>dba DCPerform | [Additional counsel in signature block]<br><br>Attorneys for Defendant and Counter-Plaintiff Pioneer Technology, Inc. erroneously sued as Pioneer Technology, Inc. dba GoPlus |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAUMANN/HOBBS HANDLING CORPORATION II INC., dba DCPERFORM,<br><br>  Plaintiff,<br><br>  v.<br><br>PIONEER TECHNOLOGY, INC., dba GO PLUS,<br><br>  Defendant.<br><br>PIONEER TECHNOLOGY, INC.,<br><br>  Counter-Plaintiff,<br><br>  v.<br><br>NAUMANN/HOBBS MATERIAL HANDLING CORPORATION II INC., d/b/a DCPerform, aka Distribution Performance Solutions,<br><br>  Counter-Defendants. | Case No. 2:24−cv−01478 WLH (PVCx)<br><br>Hon. Wesley L. Hsu, Ctrm. 9B<br><br>**Stipulation of Dismissal with Prejudice**<br><br><br><br>Trial Date: Vacated |

Plaintiff and Counter-Defendant Naumann/Hobbs Handling Corporation II, Inc., dba DCPerform ("DCPerform"), and Defendant and Counter-Plaintiff Pioneer Technology, Inc. ("Pioneer") (collectively, the "Parties"), through their attorneys of record, stipulate and agree as follows:

1. On or about February 27, 2024, this lawsuit was transferred to this Court pursuant to a Joint Stipulation to Transfer Venue executed by the Parties.

2. On March 18, 2024, DCPerform filed its First Amended Complaint in this action (the "Action"). Dkt. #31.

3. On April 19, 2024, Pioneer filed its Counterclaim against DCPerform in the Action. Dkt. #38.

4. On March 20, 2025, the Parties filed a Notice of Settlement and Joint Stipulation to Vacate Trial and All Pre-Trial Deadlines (Dkt. #49) pursuant to which the Court vacated the trial date and set an Order to Show Cause re Dismissal for May 23, 2025. Dkt. #50.

5. The terms of the settlement between the Parties have been fully performed by both Parties.

6. DCPerform and Pioneer stipulate that the above-captioned Action, including DCPerform's First Amended Complaint and Pioneer's Counterclaim, shall be and hereby are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys' fees.

[SIGNATURES ON FOLLOWING PAGE]

| | | |
|---|---|---|
| 1 | Dated: April 3, 2025 | SNELL & WILMER L.L.P. |
| 2 | | |
| 3 | | By: /s/ Anthony J. Carucci |
| 4 | | Anthony J. Carucci |
| | | Justin F. Mello |
| 5 | | |
| | | Attorneys for Plaintiff and Counter-Defendant Naumann/Hobbs Handling Corporation II, Inc., dba DCPerform |
| 6 | | |
| 7 | | |
| 8 | Dated: April 3, 2025 | CHANG LLP |
| 9 | | |
| 10 | | By: /s/ Monica Q. Vu |
| | | Eudeen Y. Chang |
| 11 | | Monica Q. Vu |
| 12 | | Andrew S. Dallmann (#206771) |
| 13 | | Andrew@mdllplaw.com |
| | | MCCARTNEY DALLMANN LLP |
| 14 | | 23187 La Cadena Dr, Ste 102 |
| | | Laguna Hills, CA 92653 |
| 15 | | Telephone: (951) 678-2267 |
| | | Facsimile (951) 262-8054 |
| 16 | | |
| 17 | | Attorneys for Defendant and Counter-Plaintiff Pioneer Technology, Inc. |

## SIGNATURE CERTIFICATION (L.R. 5-4.3.4)

I, Anthony J. Carucci, certify that all signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: April 3, 2025

SNELL & WILMER L.L.P.

By: */s/ Anthony J. Carucci*
    Anthony J. Carucci
    Justin F. Mello

Attorneys for Plaintiff and Counter-Defendant Naumann/Hobbs Handling Corporation II, Inc., dba DCPerform

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2025, a true and correct copy of the foregoing **Stipulation of Dismissal with Prejudice** was filed electronically with the Clerk of the above-captioned Court utilizing the Court's CM/ECF system, resulting in an automatic transmission of a Notice of Electronic Filing to all counsel of record in the above-referenced proceeding.

                                              */s/ Anthony J. Carucci*
                                              Anthony J. Carucci